UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMUEL GOODALL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SANDI JACOBSON, and DENNIS WEAVER,<br><br>　　　　　Defendants. | NO.  CV-08-5023-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT IN PART WITH PREJUDICE |

　　Magistrate Judge Imbrogno filed a Report and Recommendation on May 28, 2008, recommending the Complaint against Defendant Washington State Penitentiary be **DISMISSED in part with prejudice** as this Defendant is not a "person" within the meaning of 42 U.S.C. § 1983. See Will v. Michigan Dept. of State Police, 491 U.S. 58, 70 (1989). There being no objections, the court **ADOPTS** the Report and Recommendation.  The Complaint is **DISMISSED in part with prejudice** as to Plaintiff's claims against the Washington State Penitentiary.  **IT IS ORDERED** the District Court Executive shall **TERMINATE** Washington State Penitentiary as a Defendant to this action.

　　**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff, and forward the file to Magistrate Judge Imbrogno for consideration of Plaintiff's pending

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT IN PART WITH PREJUDICE -- 1

motions for an extension of time and to amend.

**DATED** this  17th  day of June 2008.

s/ Fred Van Sickle
FRED VAN SICKLE
SENIOR UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT IN PART WITH PREJUDICE -- 2