UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMUEL GOODALL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANDI JACOBSON and DENNIS WEAVER,<br>　　　　Defendants. | No. CV-08-5023-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Imbrogno filed a Report and Recommendation on February 19, 2010, recommending Defendants' Motion for Summary Judgment be granted and Plaintiff's claims be dismissed with prejudice, and Plaintiff's Motion to Amend be denied. **(Ct. Rec. 73.)** Objections were due on or before March 5, 2010. There being no objections filed, the court **ADOPTS** the Report and Recommendation in its entirety. Accordingly,

**IT IS ORDERED:**

　　1. Defendants' Motion for Summary Judgment (**Ct. Rec. 55**) is **GRANTED**;

　　2. Plaintiff's claims against Defendants Jacobson and Weaver are dismissed with prejudice;

　　3. Judgment shall be entered for **DEFENDANTS**; and

　　4. Plaintiff's Motion to Amend (**Ct. Rec. 71**) is **DENIED**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The District Court Executive shall forward copies of this Order to Plaintiff and counsel for Defendants and shall close the file.

**DATED** this  8th  day of March, 2010.

>            s/ Fred Van Sickle
>            Fred Van Sickle
>      Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2