UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMUEL GOODALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | CV-08-5023-CI |
| v. ) | |
| ) | **JUDGMENT** |
| SANDI JACOBSON and DENNIS ) | |
| WEAVER, ) | |
| ) | |
| Defendants. ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is ADOPTED and the action is DISMISSED WITH PREJUDICE. Judgment is entered for defendants.

DATED: March 8, 2010

JAMES R. LARSEN

District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk